Eviction-Writ of Possession

Tracking Number: K0334699

## Case Number: 225100004701

| | | |
|---|---|---|
| THE TEXAS DEVELOPMENT COMPANY AS LEASING AGENT FOR 529 #49 LTD<br>Plaintiff<br>vs.<br>ROBERT E. WELCH d/b/a GAS PROCESS EQUIPMENT COMPANY<br>Defendant | § § § § § § § | In the Justice Court<br>Harris County, Texas<br>Precinct 5, Place 1<br>6000 Chimney Rock Road<br>Suite 102<br>Houston, TX 77081<br>713-274-8700<br>www.jp.hctx.net |

### Writ of Possession

THE STATE OF TEXAS
COUNTY OF HARRIS

TO: **ANY SHERIFF, CONSTABLE, OR OTHER PERSON AUTHORIZED BY LAW:**

On 02/02/2022, Plaintiff(s), THE TEXAS DEVELOPMENT COMPANY AS LEASING AGENT FOR 529 #49 LTD, ("Landlord"), recovered Judgment against Defendant(s), ROBERT E. WELCH d/b/a GAS PROCESS EQUIPMENT COMPANY, ("Tenant") and all persons claiming under Tenant, for possession of the following described property :
**11965 Fm 529  Houston TX  77041 ("Premises").**

Five days or more have expired from the time the Judgment was signed.

In accordance with Section 24.0061 of the Texas Property Code, you are COMMANDED to post a written warning of at least 8 1/2 by 11 inches on the exterior of the front door of the rental unit notifying the Tenant that the writ has been issued and that the writ will be executed on or after a specific date and time stated in the warning not sooner than 24 hours after the warning is posted.

You are further COMMANDED, on the execution of this writ, to deliver possession of the Premises to the Landlord, and to:
(1) instruct the Tenant and all persons claiming under the Tenant to leave the premises immediately, and, if the persons fail to comply, physically remove them;
(2) instruct the Tenant to remove or to allow the Landlord, the Landlord's representatives, or other persons acting under your supervision to remove all personal property from the Premises, other than personal property claimed to be owned by the Landlord; and,
(3) place, or have an authorized person place, the removed personal property outside the Premises at a nearby location, but not blocking a public sidewalk, passageway, or street and not while it is raining, sleeting, or snowing.

You are further AUTHORIZED, at your discretion, to engage the services of a bonded or insured warehouseman to remove and store, subject to applicable law, part or all of the property at no cost to the Landlord or the officer executing the Writ.

YOU ARE NOTIFIED that under Section 7.003 of the Civil Practice and Remedies Code, you are not liable for damages resulting from the execution of the Writ if you execute the Writ in good faith and with reasonable diligence.

Make due return of this Writ by showing how you have executed it.

Signed on: FEB 1 7 2022

Judge Israel B. Garcia, Jr.
Justice of the Peace, Precinct 5, Place 1

Address of Plaintiff's Attorney
John S. Torigian
1600 Smith Street Suite 3885
Houston TX  77002
**713-951-7600 / 713-951-7603**

**EXHIBIT 5**