GAS PROCESS EQUIP CO
3/1/2022

| DESCRIPTION | DATE | INV NO | AMOUNT |
|---|---|---|---|
| Security Deposit | 11/5/2021 | 651745 | $14,985.00 |
| December rent | 12/1/2021 | 651694 | $15,562.00 |
| December late charge | 12/8/2021 | 651895 | $749.25 |
| January rent | 1/1/2022 | 651845 | $15,562.00 |
| January late charge | 1/7/2022 | 652006 | $749.25 |
| Property tax | 1/13/2022 | 652042 | $832.03 |
| February rent | 2/1/2022 | 651950 | $15,562.00 |
| February late charge | 2/8/2022 | 652193 | $749.25 |
| March rent | 3/1/2022 | 652135 | $15,562.00 |
| Lawn maintenance | 1/7/2022 | 669372 | $100.00 |
| Electricity | 1/12/2022 | 669380 | $1,421.20 |
| December water | 2/1/2022 | 669401 | $459.76 |
| **TOTAL** | | | **$82,293.74** |

Rent Invoice Breakdown:
| | |
|---|---|
| Rent Invoice: | $14,985.00 |
| Prepaid tax | $577.00 |
| Total | $15,562.00 |


EXHIBIT 6