**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | CASE NO.: 22-30460 |
| ROBERT ELMER WELCH, III, § | |
| DEBTOR. § | (CHAPTER 11) |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**AFTER HEARING**
(This Order Resolves Docket #___)

The Texas Development Company ("Movant") filed a motion for relief from the automatic stay seeking to lift the stay to permit Movant to enforce the Movant's contractual and statutory landlord's liens in the property located at 11965 FM 529, Houston, Harris County, Texas ("Leased Premises"), as further described in the Motion. Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____   Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____   The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____   The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____   After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____   No timely response was filed. Accordingly, the motion is granted by default.

_____   As shown by Debtor's counsel signature below, Debtor has agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay to enforce Movant's Writ of Possession, as well as Movant's contractual and/or statutory landlord's liens against the property subject to such liens situated upon the Leased Premises described above and to seek further judicial assistance in the pending Justice Court Lawsuit described in the Motion to enforce such Writ of Possession as is necessary and/or appropriate.

Additional rulings:

_____     Movant is awarded attorney's fees in the amount of $_____ .

_____     The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

SIGNED this\_\_\_day of_____, 2022.

```
                                            _____
                                            David R. Jones
                                            United States Bankruptcy Judge
```

APPROVED:

**KRELL & TORIGIAN**

*/s/ John S. Torigian*
**JOHN S. TORIGIAN**
Attorney-in-Charge
Texas Bar No. 20142100
Federal Admissions No. 374
1600 Smith Street, Suite 3885
Houston, Texas 77002
Telephone: (713) 951-7603
Facsimile: (713) 951-7611
Email: jtorigian@msn.com
ATTORNEYS FOR MOVANT,
THE TEXAS DEVELOPMENT COMPANY