United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 11, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-30460 |
| ROBERT ELMER WELCH, III, | § | CHAPTER 11 |
| | § | David R. Jones |
| Debtor. | § | |
| | § | |

### AMENDED ORDER DISMISSING CASE WITH
### PREJUDICE TO REFILING ANOTHER CASE FOR 180 DAYS

On this date, the Court conducted a hearing on the motion for relief from stay filed by Texas Development Company (Docket No. 6). At the hearing, the Debtor requested that the case be "withdrawn." The Court informed the Debtor that if he wished to have his case dismissed, it would be with prejudice due to five prior bankruptcy filings and the status of the instant case. The Debtor consented. Accordingly, it is

**ORDERED THAT**:

1.      This case is dismissed with prejudice pursuant to 11 U.S.C. § 109(g).

2.      The Debtors shall not file another bankruptcy petition for 180 days following entry of this Order. Violation of this paragraph may be punished as a contempt of court.

3.      The motion for relief is denied as moot.

**SIGNED: March 7, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**